## Robert Holzmann, Appellee, v. William Holzmann, and Auguste Holzmann, Appellants.

Gen. No. 46,329.

First District, Second Division.

November 9, 1954.

Rehearing denied November 30, 1954.

Released for publication January 12, 1955.

John H. Roser, for appellants; Immel & Immel, for appellee. Opinion by JUSTICE ROBSON. **Not to be published in full.**